## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMY HAWKINS and RANDALL BRINK behalf of themselves and all others similarly situated, | Case No. 1:26-cv-22328 |
| | **CLASS ACTION** |
| Plaintiffs, | **DEMAND FOR JURY TRIAL** |
| v. | |
| HEALTH GORILLA, INC.; RAVILLAMED PLLC; UNIQUE MEDI TECH LLC D/B/A MAMMOTH DX; MAMMOTH PATH SOLUTION, LLC; MAMMOTH RX, INC.; UNIT 387 LLC; SELFRX, LLC D/B/A MYSELF.HEALTH; AND CRITICAL CARE NURSE CONSULTANTS, LLC D/B/A GUARDDOG TELEHEALTH, | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Pursuant to Local Rule 3.8 of the United States District Court for the Southern District of Florida and Section 2.15.00 of the Court's Internal Operating Procedures, Plaintiffs Amy Hawkins and Randall Brink hereby give notice of the following pending and related actions in this Court:

| Case Name | Case No. | Judge |
|---|---|---|
| Lott v. Health Gorilla, Inc. | 1:26-cv-21639-KMM | K. Michael Moore |
| Hughes v. Health Gorilla, Inc. | 1:26-cv-21952-KMW | Enjolique A. Lett |
| Delis v. Health Gorilla Inc. et al | 1:26-cv-22178-RS | Rodney Smith |

This Action and these pending, related actions assert overlapping causes of action arising from the same data breach incident involving Defendants.  Absent relation (and consolidation),

**2**

the parties could be subjected to conflicting orders; and without determination of relatedness, there would be a substantial duplication of effort and expense, delay, or undue burden on the Court, parties or witnesses.

DATED: April 6, 2026                    Respectfully submitted,

*/s/ Michael B. Homer*
Michael B. Homer (FL. Bar No. 1065251)
**DYNAMIS LLP**
1111 Brickell Ave., 10th Fl.
Miami, FL 33131
Tel.: 561-289-9016
mhomer@dynamisllp.com

Israel David (*pro hac vice forthcoming*)
Adam M. Harris (*pro hac vice forthcoming*)
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, New York 10004
Telephone: (212) 350-8850
israel.david@davidllc.com
adam.harris@davidllc.com

Mark A. Cianci (*pro hac vice forthcoming*)
**ISRAEL DAVID LLC**
399 Boylston Street, Floor 6, Suite 23
Boston, MA  02116
Telephone: (617) 295-7771
mark.cianci@davidllc.com

*Attorneys for Plaintiffs and the Proposed Classes*