**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-22328-BLOOM**

AMY HAWKINS and RANDALL
BRINK, on behalf of themselves and
all others similarly situated,

      Plaintiffs,

v.

HEALTH GORILLA, INC., et al.,

      Defendants.

_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal

Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida

because of related **Case No. 26-cv-21639-KMM**, and subject to the consent of the Honorable K.

Michael Moore, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the

calendar of Judge Moore for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 7, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 26-cv-22328-BLOOM

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case.  Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **26-cv-22328-KMM**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April __7th__ , 2026.

K. MICHAEL MOORE
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

2